VILLAGE OF SAUK VILLAGE
COOK AND WILL COUNTIES, ILLINOIS

ORDINANCE No. 00-14

AN ORDINANCE REGARDING THE DEPUTY POLICE CHIEF AND
SERGEANTS OF THE SAUK VILLAGE POLICE DEPARTMENT

ADOPTED BY THE
MAYOR AND BOARD OF TRUSTEES
OF THE
VILLAGE OF SAUK VILLAGE

THIS 9TH DAY OF MAY, 2000

Published by authority of the Mayor and Board of Trustees of the Village of Sauk Village, Cook and Will Counties, Illinois this 9th day of May, 2000.



VILLAGE OF SAUK VILLAGE
COOK AND WILL COUNTIES, ILLINOIS

ORDINANCE No. 00-14

AN ORDINANCE REGARDING THE DEPUTY POLICE CHIEF AND
SERGEANTS OF THE SAUK VILLAGE POLICE DEPARTMENT

**WHEREAS,** it is in the best interests of the Village of Sauk Village, Cook and Will Counties, Illinois to take the actions described below;

**NOW, THEREFORE BE IT ORDAINED** by the Mayor and Board of Trustees of the Village of Sauk Village, Cook and Will Counties, Illinois, as follows:

**SECTION 1:** The statements set forth in the preamble to this Ordinance are true and correct and are adopted as part of this Ordinance.

**SECTION 2:** The Sauk Village Municipal Code is amended to add a new Section 33.08, which shall provide as follows:

"**Section 33.08. Deputy Police Chief and Sergeants.**

a. There is hereby established the office of Deputy Police Chief, within the Police Department. The Deputy Police Chief shall have the powers and duties as set forth for the position on the attached Exhibit A. The Corporate Authorities shall have the sole discretion to determine the number of Deputy Police Chiefs for the Police Department.

b. There is hereby established the office of Sergeant, within the Police Department. The Sergeant or Sergeants shall have the powers and duties set forth for the position on the attached Exhibit A. The Corporate Authorities shall have the sole discretion to determine the number of Sergeants for the Police Department.

**SECTION 3:** This Ordinance shall be in full force and effect from and after its passage, approval and publication as provided by law. If any portion of this Ordinance is held to be invalid, then that portion of the Ordinance shall be stricken and the remainder of this Ordinance

shall continue in full force and effect to the extend possible.

AYES: HANKS, HASSE, KAILER, PAWLOWSKI, SEERY, WALL.

NAYS: NONE.

ABSENT: NONE.

PASSED AND APPROVED THIS 9TH DAY OF MAY, 2000.

*[signature]*
The Honorable Roger G. Peckham
Mayor

Attest:

*[signature]*
The Honorable Marjorie L. Tuley
Village Clerk



6. **Duties of the Deputy Chief of Police**

   a. **General** - The Deputy Chief has direct control over all subordinate members/employees of the Department. He shall have and exercise all of the functions, powers and duties delegated to him by the Chief of Police and which are necessary and proper to attain/retain an efficient/effective Department capable of protecting and serving the Village of Sauk Village with the highest level of professionalism/integrity.

   b. **Specific** - The duties of the Deputy Chief of Police shall include:

      1. Enforcing the policies and procedures, rules and regulations, general and specific orders for the government of the members and employees of the Department as well as the laws of the State and Village. Such enforcement may extend to subordinates outside the Deputy Chief's usual assigned sphere of administration if the law enforcement objective or reputation of the Department so requires or if no other provision is made for personnel temporarily unsupervised. This authority shall not be exercised unnecessarily. Should a Deputy Chief require a subordinate outside his sphere of administration to leave a regular assignment, the Deputy Chief will inform the subordinate's own supervisor as soon as possible.

      2. Investigating any/all complaints or charges brought against any member(s) of the Department as directed by the Chief of Police.

      3. Relieving from duty any subordinate member(s) of the Department ~~of the Department whose continued presence on duty may adversely effect the good name of the Department, the Village, or the individual~~, for good cause

      4. Conferring with subordinates for the purpose of giving instructions so as to promote lawful conduct, uniformity, efficiency and effectiveness within the Department.

      5. Keeping the Chief of Police informed of any event(s) which may impair/effect the image, efficiency, effectiveness of the Department, Village, or the individual employee.

9

6. Attending all meetings as requested/required by the Chief of Police.

7. Keeping daily work records and personnel rating sheets and each other books/records as the Chief of Police may direct.

8. Delegate such of his powers and assign such duties as he may deem necessary for the efficient/effective administration of that portion of the Department to which he is assigned by the Chief of Police.

9. Periodically inspect all reports, personnel, facilities and equipment so as to insure that they are performing/being utilized to the highest degree of efficiency, effectiveness and in conformity with the laws of the State and Village as well as the rules and regulations, policies and procedures, general and specific orders of the Department.

<u>Nothing in this section shall be construed as limiting the authority of the Chief of Police from assigning such functions or responsibilities as are necessary to establish and maintain maximum Departmental efficiency and effectiveness.</u>

7. <u>Duties of Sergeants/Watch Commanders</u>

   a. <u>General</u> - Subject to direction from the Chief of Police or Deputy Chief, who is the superior of the Sergeant/Officer in Charge. A Sergeant/Officer in Charge has direct control over all subordinate members and employees of the Department. In addition to the general and individual responsibilities of a member and employee of the Department, a Sergeant/Officer in Charge is responsible for the following:

      1. <u>Command</u> - The direction and control of individuals under his command to assure the proper performance of duties and adherence to establish rules and regulations, policies and procedures of the Department.

      2. <u>Loyalty and Esprit de Corps</u> - Its development and maintenance.

10

3. **Discipline and Morale** - Its development and maintenance.

4. **Intra-department Action** - The promotion of harmony and cooperation with other units of the Department and initiation of proper action in cases not regularly assigned to the command when delay necessary to inform the proper unit might result in a failure to perform a police duty.

5. **Organization and Assignment** - Of duties to assure prompt performance of department functions and those of the command. To this end, Sergeants/Officer in charge shall immediately familiarize themselves with all police business transacted since their last tour of duty.

6. **Reports and Records** - Preparation of required correspondence, reports, and maintenance of records relating to the activities of the command. Assurance that information is communicated up and down the chain of command as required. To this end, Sergeants/Officer in Charge at the conclusion of their tour of duty shall submit reports in writing as to the activity of the members (employees of the Department under their command) as well as all pertinent information necessary for the functioning of the Chief of Police and/or the supervisor who by the organizational chart of the Department is the superior of the Sergeant/Officer in Charge.

7. **Maintenance** - Assurance that facilities, equipment, supplies and material assigned to the command are correctly used and maintained.

b. **Specific** - In addition to the general and individual responsibilities of all members and employees of the Department, Sergeants/Officer in Charge are specifically responsible for the following:

1. **Supervision** - Closely supervising the activities of subordinates, making corrections where necessary and commending where appropriate; filling the role of watch/unit commander.

2. **Leadership** - Provide on the job training as needed for efficient operation and coordination of effort.

11

3. **Direction** - Exercise direct command in a manner that assures the good order, conduct, discipline, and efficiency of subordinates, exercise of command may extend to subordinates outside their usual spheres of supervision if the police objective or reputation of the Department so requires or if no other provision is made for personnel temporarily unsupervised. This authority shall not be exercised unnecessarily. If a supervisor requires a subordinate other than one's own to leave a regular assignment, the supervisor so directing will inform the subordinate's own supervisor as soon as possible.

4. **Enforcement of Rules** - Enforcement of department rules and regulations, general and special orders, written and verbal orders and in general requiring compliance with Department policies and procedures.

5. **Inspections** - Inspection of activities, personnel and equipment under the Sergeants/Officers in Charge supervision and initiation of suitable action in the event of a failure, error, violation, misconduct, or neglect of duty by a subordinate. Failure of a Sergeant/Officer in Charge to act in such situations will be considered dereliction of duty and subject to disciplinary action.

6. **Assisting Subordinates** - Having a working knowledge of the duties and responsibilities of subordinates; observing contacts with the public and being available for assistance or instruction as may be required. The Sergeant/Officer in Charge shall respond to calls of serious emergencies, crimes in progress, assaults, and others unless actively engaged in a more serious police matter. The Sergeant/Officer in Charge should observe the conduct of assigned personnel and take remedial action and active charge where necessary to maintain the efficiency, effectiveness, discipline or integrity of the Department. To this end, all rules and regulations, policies and procedures, general and special orders as well as verbal orders applicable to the position shall be respected. In summary, the Sergeant/Officer in Charge is the first line supervisor of the Department or unit activities during his tour of duty and is responsible and accountable to the Chief of Police for all occurrences during the tour.

7. **Prisoner/Property Responsibility** - Being accountable for the proper treatment of prisoners and the safe custody of all money, valuables or other articles coming into his/her possession which belong to any prisoner under his/her jurisdiction.

8. **Discipline** - Investigate any/all complaints or charges brought against any member(s) of the Department as directed by the Chief of Police. Relieve from duty any subordinate member(s) of the Department ~~whose continued presence on duty may adversely effect the good name of the Department, the Village, or the individual~~ for good cause. Issue Oral and Written reprimands to personnel for violation of department rules and regulations, general and special orders, written and verbal orders and/or provide the Chief of Police with recommendations for suspension.

<u>Nothing in this Section shall be construed as limiting the authority of the Chief of Police or supervisor who by the organizational chart of the Department is the immediate supervisor of the Sergeant/Officer in Charge from assigning such functions or responsibilities as are necessary to establish and maintain maximum Departmental efficiency and effectiveness. To this end, Patrol Officers may, at times, be assigned as Officers in Charge.</u>

13

I, Debra L. Williams, Village Clerk for the Village of Sauk Village ('Sauk Village"), on behalf of Sauk Village, do hereby certify that:

1) I am the Village Clerk for Sauk Village, Illinois.
2) As the Village Clerk for Sauk Village, I am the custodian of public records for Sauk Village.
3) The attached exhibits are publics records of Sauk Village:
    a. Ordinance No. 00-14 along with Exhibit A incorporated therein. (Exhibit 1)

4) Exhibit 1 is a true, correct and complete copy of Sauk Village Ordinance No. 00-14 entitled: "AN ORDINANCE REGARDING THE DEPUTY POLICE CHIEF AND SERGEANTS OF THE SAUK VILLAGE POLICE DEPARTMENT" and Exhibit A incorporated therein which was passed and approved by the Board of Trustees on May 9, 2000.

Given under my hand and official seal at the Village of Sauk Village, Cook and Will Counties, Illinois, this 31st day of March, 2016

*Debra L. Williams*
Debra L. Williams
Village Clerk, Sauk Village

(seal)