IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA SAILSBERY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> VILLAGE OF SAUK VILLAGE, an Illinois ) <br> Municipality; MAYOR DAVID HANKS, ) <br> individually; J.W. FAIRMAN, individually and in ) <br> his official capacity as Public Safety Director; ) <br> FAIRMAN CONSULTANTS, LTD., an Illinois ) <br> Corporation, ) <br> ) <br> Defendants. ) | Case No. 15-cv-10564 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Jeffrey Cole |

## AFFIDAVIT OF MICHAEL J. MCGRATH

THE UNDERSIGNED, first being duly sworn upon oath, does hereby swear and affirm as follows:

1. I, Michael J. McGrath, am a licensed attorney in good standing in the State of Illinois.

2. I am the Village Attorney for the Village of Sauk Village, Illinois.

3. Pursuant to the court's April 11, 2016 order, I have fully disclosed to the Village and Defendant Fairman the risks and advantages of concurrent representation.

4. The Village and Defendant Fairman have provided written informed consent to myself and the Firm serving as Fairman's counsel in this lawsuit (See attached Exhibit A and Exhibit B).

FURTHER AFFIANT SAYETH NOT.

*/s/ Michael McGrath*
MICHAEL MCGRATH

SUBSCRIBED AND SWORN
to before me on this 29th day of
April, 2016

*/s/ Nora E. Marzec*
Notary Public

NORA E. MARZEC
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 21, 2017