## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| REBECCA SAILSBERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 15 CV 10564 |
| VILLAGE OF SAUK VILLAGE, an Illinois Municipality, MAYOR DAVID HANKS, individually; J.W. FAIRMAN, individually, and in his official capacity as Public Safety Director; FAIRMAN CONSULTANTS, LTD., an Illinois Corporation, | ) Judge ) ) ) ) ) ) |
| Defendants. | ) |

### CONFLICT WAIVER AND AUTHORIZATION
### FORM FOR MULTIPLE REPRESENTATION DEFENSE

I, J.W. Fairman, do hereby sign this Conflict Waiver and Authorization ("Waiver"). In signing this Waiver I agree to waive any actual, perceived, potential, real, and imagined conflicts existing in that retention and defense, past, present and future. By signing this Waiver, the undersigned further agrees to consent to this representation. It is understood that the law firm of Odelson & Sterk, Ltd. will assume the role as defense legal counsel for you J.W. Fairman and continue to act as general counsel for the Village of Sauk Village but will not be representing Sauk Village in this litigation. This representation includes all members, partners, associates and employees of Odelson & Sterk, Ltd., including but not limited to attorneys Michael J. McGrath, Leslie Quade Kennedy and Mary Lou Norwell.

The undersigned understands that Odelson & Sterk, Ltd. believes under the facts known to them, that there is no conflict in defending J.W. Fairman and representing the Village on other matters.

If, in the future, Odelson & Sterk, Ltd. advises that it can no longer represent J.W. Fairman the undersigned shall be notified as well as Sauk Village and its insurance carrier concerning the retention of separate counsel for same. In that circumstance, Odelson & Sterk, Ltd. will remain



EXHIBIT A

as general counsel for Sauk Village and withdraw from representing J.W. Fairman.

This Wavier may be executed in any number of original or facsimile counterparts with the same effect as if the original or facsimile signatures on each counterpart were upon a single instrument. All counterparts, taken together, shall constitute the Conflict Waiver and Authorization Form.

The undersigned gives this consent willingly and knowingly

This Waiver was reviewed by the undersigned prior to signing same.

4/28/2016
Date Waiver Signed

X _J.W. Fairman Jr._
J.W. Fairman